# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JANE H. GOLDMAN, | § | |
| | § | No. 166, 2025 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | C.A. No. 2023-1124 |
| STEVEN GURNEY-GOLDMAN, | § | |
| as Executor of the Estate of Allan H. | § | |
| Goldman, and AMY GOLDMAN | § | |
| FOWLER, | § | |
| | § | |
| Plaintiffs Below, | § | |
| Appellees, | § | |
| | § | |
| and | § | |
| | § | |
| SG WINDSOR, LLC, a Delaware | § | |
| Limited Liability Company, | § | |
| | § | |
| Nominal Party Below, | § | |
| Appellee. | § | |

Submitted: November 12, 2025
Decided: January 29, 2026

Before **SEITZ**, Chief Justice; **VALIHURA**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

This 29th day of January 2026, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Post Trial Opinion dated July 12, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice